## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ALBRIGHT, JOHN BREWER CONNIE BROOME, HERBERT COOPER, EVERARD ELIJAH, BOBBY FRISCO, ROBIN GROVES, JAMES HOUSTON, DONALD JENNINGS, DANNY LONG, JAMES PETERSON, MARVIN POOLE, MICHAEL RUSNAK, JOHN SCHWEITZER, RICHARD SIMPSON, PAUL STADTERMAN, ROBERT TODD, FRED TYNER, LYNNETTE WILLIAMS and WALLACE WRIGHT, | Civil Action No. 04-0609<br><br><br><br><br><br>Chief Judge Ambrose |
| Plaintiffs, | |
| v. | |
| VIACOM, INC., successor by merger to CBS CORPORATION, formerly known as WESTINGHOUSE ELECTRIC CORPORATION | |
| Defendant. | **JURY TRIAL DEMANDED** |

### ORDER OF COURT

AND NOW, this ___/st___ day of ___June___, 2009, IT IS ORDERED ADJUDGED AND DECREED that the Stipulation to Dismiss with Prejudice Plaintiff John Schweitzer is GRANTED. The parties agree to bear their own attorney fees and costs.

BY THE COURT:

_____
Donetta W. Ambrose
Chief District Court Judge

ND: 4852-9864-7299, v. 1 | 60043-001